IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Carrie McCain et al.** ) | |
| ) | Case No. 14 C 4852 |
| **v.** ) | |
| ) | Judge Amy J. St. Eve |
| **Rust-Oleum Corp.** ) | |
| ) | |

**ORDER**

(0:03) Motion hearing held on 11/19/14. Motion for leave to appear pro hac vice on behalf of plaintiffs by Joshua Ezrin [53] is granted. Plaintiffs' unopposed motion for the appointment of plaintiffs' interim co-lead class counsel [40] is granted. Katrina Carroll and William Audet are appointed as Interim Co-Lead Class Counsel. Defendant's motion to compel expedited deck inspection of the Shogren plaintiffs' decks [42] is entered. Response by 12/3/14. Reply by 12/10/14. Defendant's motion to stay [47] is granted. The Court stays the case until the MDL panel rules. The court denies the pending motion to dismiss [28] without prejudice. Status hearing set for 11/24/14 is stricken and reset to 2/3/15 at 8:30 a.m.

**Dated:** November 19, 2014   **ENTERED**

_____
**AMY J. ST. EVE**
**United States District Court Judge**